**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   Nos. 65 and 66 EM 2019
:
Respondent   :
:
:
:
v.   :
:
:
WHITNEY MILTON,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2019, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.